**NOT FOR PUBLICATION**                                   **CASE CLOSED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN MAIORANO, R.Ph., <br><br> Plaintiff, <br><br> v. <br><br> TOMMY G. THOMPSON, SECRETARY OF THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, <br><br> Defendant. | Civil Action No. 04-2279 (SDW) <br><br><br> **ORDER** <br><br><br><br> February 1, 2008 |

For the reasons set forth in this Court's Opinion of February 1, 2008,

It is on this 1st day of February 2008,

**ORDERED** that Defendants' Motion for Summary Judgment is **GRANTED**; and it is further

**ORDERED** that the Clerk of the Court shall remove this case from the Court's active docket.

                                        s/Susan D. Wigenton, U.S.D.J.

cc: Madeline Cox Arleo, U.S.M.J.

1